

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-22-2010

# USA v. Luke Gatlin

Precedential or Non-Precedential: Precedential

Docket No. 09-2793

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation
"USA v. Luke Gatlin" (2010). *2010 Decisions.* Paper 327.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/327

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-2793

_____

UNITED STATES OF AMERICA

v.

LUKE GATLIN,
                      Appellant

_____

Appeal from the United States District Court
for the District of Delaware
(D.C. Criminal Action No. 1-06-cr-00028-001)
District Judge: Honorable Gregory M. Sleet

_____

Argued March 24, 2010

_____

Before: RENDELL, AMBRO, and FUENTES, Circuit Judges

(Opinion filed June 15, 2010)

## ORDER AMENDING PRECEDENTIAL OPINION

AMBRO, Circuit Judge

IT IS NOW ORDERED that the published Opinion in the above case filed June 15, 2010, be amended as follows:

One page 3, first full paragraph, line 5, insert ", Delaware," after "Wilmington" .

One page 5, last sentence at the top of the page, replace the word "this" with "Gatlin's" so that the phrase reads "finding that Gatlin's theory was too attenuated".

By the Court,


/s/ Thomas L. Ambro, Circuit Judge

Dated: October 22, 2010

DWB/cc:
        Seth M. Beausang, Esq.
        Ilana H. Eisenstein, Esq.
        Robert D. Goldberg, Esq.